the appeal is transferred to the Appellate Division, Second Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure and the stipulation of the parties filed. Lambert, J., not sitting.

John Butler, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

W. Merton Lamphere, Respondent, v. Leo J. Herbert, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Mohawk Valley Poster Advertising Company, Relator, v. Cornelius Roberts, as Superintendent of Buildings of the City of Utica, N. Y., Respondent.— Determination of respondent confirmed and writ of certiorari dismissed, with fifty dollars costs and disbursements. All concurred.

Miles Brott, as Executor, etc., Appellant, v. Auburn and Syracuse Electric Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented.

The People of the State of New York, Respondent, v. Leslie A. Riggs, Appellant.—Judgment of conviction reversed and new trial granted. Held, that the verdict of the jury, in so far as the same included a finding that the burning of the buildings mentioned in the indictment was done by the defendant with the intent to cheat and defraud the insurance company, was against the weight of the evidence; also, held, that the written confession dated February 23, 1914, was not the voluntary confession of the defendant, but the same was induced and procured by means of threats, intimidation and coercion. All concurred, except Robson and Merrell, JJ., who dissented.

Rocco Iannitti, as Administrator, etc., Appellant, v. Lorenzo Broccolo, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a renewal of the motion upon proper papers. Held, that the moving affidavits are not sufficient to authorize the order changing the venue for the convenience of witnesses, for the reason that they do not show that the persons named as witnesses, or any of them, will testify to any fact material to the issue. All concurred.

George M. Bassett, Appellant, v. Timothy Regan and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

George J. Metz, Respondent, v. Edward Martin, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rochester and Pittsburgh Coal and Iron Company, Respondent, v. James W. Corrigan and Others, Doing Business under the Firm Name and Style of Corrigan, McKinney & Company, Appellants.— Judgment and order affirmed, with costs. All concurred.

Josephine G. McCarthy, Appellant, v. The City of Fulton, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.